**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-4770**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

CHRISTOPHER BRIT BEEBE,

            Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:15-cr-00194-CMC-1)

Submitted: January 31, 2017          Decided: February 7, 2017

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nicole Nicolette Mace, THE MACE FIRM, Myrtle Beach, South Carolina, for Appellant. William N. Nettles, United States Attorney, Robert F. Daley, Jr., William E. Day, II, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Brit Beebe seeks to appeal his conviction and 97-month sentence for conspiracy to distribute controlled substances, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(E) (2012), and possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i) (2012). In its brief, the Government argues that the appeal should be dismissed as barred by Beebe's waiver of the right to appeal included in the plea agreement. Upon review of the plea agreement and the transcript of the Fed. R. Crim. P. 11 hearing, we conclude that Beebe knowingly and voluntarily waived his right to appeal and that the issues Beebe seeks to raise on appeal fall squarely within the compass of his waiver of appellate rights. We reject Beebe's assertion that the Government breached the plea agreement. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>

2